# CIVIL SUMMONS

**Attorney to Serve**

## STATE OF TENNESSEE, COUNTY OF KNOX — 5th Sessions Court

To Any Lawful Officer to Execute and Return: Summon Shoney's of Knoxville, Inc.

To appear before the General Sessions Court of Knox County, Tennessee, on the **10** day of **February**, 20**16**, at 9:00 a.m./p.m., then and there to answer in a civil action brought by **Norma Hanshaw**

For failure to honor contractual obligation to pay pension funds in a lump sum when the total amount is less than $5,000.00

Under$ **5,000.00**

**Old Courthouse corner of Gay Street & Main Street**
**3rd Floor Room 331, 5th Sessions Courtroom**

## JUDGMENT

Judgment for _____ against _____ for $ _____
Plus interest at the rate of _____ % and cost of suit, for which execution may issue.

Judgment entered by:  Default ☐  Agreement ☐  Trial ☐

Dismissed:  Without prejudice ☐  With prejudice ☐

Cost taxed to:  Plaintiff ☐  Defendant ☐

I,Defendant(s) _____ in Court and admitted to jurisdiction of court. This the _____ day of _____, 20 _____.

_____ Judge, Div.

## ORDER

_____ day of _____, 20 _____.

_____ Judge, Div.

---

**DOCKET NUMBER** 483984

**Plaintiff(s)**
Norma Hanshaw

vs.

**Defendant**
Shoney's of Knoxville, Inc.
Address: Mary E. Embler, Reg. Agent, 9720 Parkside Drive, K, TN 37922

**Defendant**
Address: _____

**Defendant**
Address: _____

## CIVIL WARRANT
### Court of General Sessions
Catherine F. Quist, Clerk

By _____ Deputy Clerk
Issued _____, 2016
Set for _____ at 9:00 a.m.
Reset for _____

2016 JAN 15 PM...
KNOX... CIVIL
SESSION... COURT
CATHERINE... CLERK

Served upon:
All Named Defendants
All Defendants Except: by certified mail/return receipt on 1-24-16 see attached

Served: _____
Served by: _____ 1-26-16
Sheriff/Constable (Process Server) Atty.

Attorney for Plaintiff: T. Scott Jones
Telephone 865-546-2141
Attorney for Defendant: _____
Telephone _____

**EXHIBIT 1**

# NOTICE

**TO THE DEFENDANT(S):**

Tennessee law provides a ten thousand dollar ($10,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books.

Should any of these items be seized, you would have the right to recover them. If you do no understand Your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

# AFFIDAVIT

To the best of my information and belief, after investigation of Defendant's employment, I hereby make affidavit that the Defendant is/is not a member of a military service.

_____
ATTORNEY FOR PLAINTIFF OR PLAINTIFF

SWORN TO AND SUBSCRIBED BEFORE ME This 13 day of Jan, 20 16.

Notary Public.

My term expires: 8/4/19

**\*\*NOTICE\*\***

The American with Disabilities Act prohibits discrimination against any qualified individual with a disability. The Tennessee Judicial Branch does not permit discrimination against any individual on the basis of physical or mental disability in accessing its judicial programs. In accordance with the Americans with Disabilities Act, if necessary, the Tennessee Judicial Branch will provide reasonable modifications in order to access all of its programs, services and activities to qualified individuals with disabilities.

If you need assistance, have questions or need additional information, please contact the Local Judicial Program ADA Coordinator:

Pat Carson, Compliance Officer
Knox County Human Resources Office
Suite 360 City-County Building
400 Main Street, Knoxville, Tennessee 37902
Voice Phone:215-2952 TTY:215-2497

The Tennessee Judicial Branch Americans with Disabilities Act Regarding Access to Judicial Programs, as Well as a Request for Modification form may be found online at www.tsc.state.tn.us.

# APPEAL

From the judgment on the reverse hereof, the _____ prayed an appeal.

To the Circuit Court which is granted upon Pauper's Oath or Appeal Bond.

This _____ day of _____,
20 _____.

_____
Judge of the Court of General Sessions

Division No _____

If you require a modification to access the judicial program and/or have special needs because of a qualified disability, you must submit a written Request for Modification to the Local Judicial Program ADA Coordinator listed below at least five (5) business days prior to the date of the judicial program, if possible. A form is available from the Local Judicial Program ADA Coordinator or from the Tennessee Judicial Program ADA Coordinator. http://www.tsc.state.tn.us

If you need assistance, have questions or need additional information, you may also contact the Tennessee Judicial Program ADA Coordinator:

Pamela Taylor, Manager/Coordinator
STATE Judicial ADA Program
Administrative Office of the Courts
Nashville City Center, Suite 600, 511 Union Street
Nashville, Tennessee 37219
615-741-2687    Fax: 615-741-6285

**SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY**

☑ Agent
☐ Addressee

C. Date of Delivery: 2/26/16

(ted Name): [signature]

different from item 1? ☐ Yes ☐ No
ery address below:

☐ Priority Mail Express™
☐ Return Receipt for Merchandise
☐ Collect on Delivery

y? (Extra Fee) ☐ Yes

0394

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To: Sheriff of Knox, Mary Ewiler [Agent]
Street & Apt. No., or PO Box No.: 9120 Parkside Dr
City, State, ZIP+4: Knoxville TN 37922

PS Form 3800, July 2014    See Reverse for Instructions

UNITED STATES POSTAL SERVICE
TN 379
25 JAN '16
PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

BANKS & JONES, Attorneys
2125 Middlebrook Pike
Knoxville, TN 37921-5855

Norma Henshaw

PS Form 3800, July 2014 (Reverse) PSN 7530-02-000-9047